IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                           Case No. 5:12cr5-MW/CJK-1

FREDDIE LEE CHRISTOPHER KNOWLES, IV.

      Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 958. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Government's Motion to Dismiss, ECF No. 878, is **GRANTED**. The Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 856, is **DENIED and DISMISSED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED on November 13, 2018.**

                                         s/ **MARK E. WALKER**
                                         **Chief United States District Judge**

---

[1] Defendant has failed to keep the Clerk advised of his mailing address as evidenced by returned mail. ECF No. 959.